UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

HOLLY A. MORA
NICHOLAS MORA,

Case No. 6:11-bk-01419-ABB

_____Debtors./

**DEBTORS' OBJECTION TO CLAIM NO. 8 AS FILED BY eCAST SETTLEMENT CORP., ASSIGNEE OF CAPITAL ONE, N.A. (SUZUKI)**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 30 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 400 W. Washington St., Suite 5100, Orlando, FL 32801 and serve a copy of on the undersigned at the address set forth below.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file and objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and you may grant the relief requested.

COME NOW Debtors, HOLLY A. MORA and NICHOLAS MORA, by and through undersigned counsel, file this Objection to the claim of Creditor, eCAST SETTLEMENT CORP., ASSIGNEE OF CAPITAL ONE, N.A. (SUZUKI), and the Debtors state as follows:

1. The Creditor filed a claim in the amount of $6,446.58, consisting of a secured claim in the amount of $5,455.00 and an unsecured claim in the amount of $991.58 (Claim No. 8) on September 16, 2014 with an interest rate of 17.90% for a 2004 Suzuki GSX-R1000K4 Motorcycle.

2. Debtors' believe the interest rate to be unreasonable and request the Court to allow the claim to be paid at a more reasonable interest rate of 5.25%.

WHEREFORE, Debtors, by and through their undersigned counsel, request an Order Sustaining Debtors' Objection to Claim No. 8 of eCAST Settlement Corp., Assignee of Capital One, N.A. (Suzuki) and disallowing the clai of eCAST Settlement Corp., Assignee of Capital One, N.A.

(Suzuki) as filed, allowing a secured claim to be paid at the reasonable rate of 5.25%, and for such other and further relief as is just and proper.

Respectfully submitted this ____ day of September, 2014.

_____
Adam G. Russo, Esq.
Myers, Eichelberger & Russo, P.L.
Florida Bar No. 84633
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
adam@themelawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document has been furnished by first class U.S. Mail to the following this ____ day of September, 2014:

Laurie K. Weatherford
P.O. Box 3450
Winter Park, FL 32790

United States Trustee
400 W. Washington Street, Suite 1101
Orlando, FL 32801

eCAST Settlement Corp., Assignee of
Capital One, N.A. (SUZUKI)
Attn: Rita Torres, Administrative Assistant
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

eCAST Settlement Corp., Assignee of
Capital One, N.A. (SUZUKI)
Attn: Officer, Gen. Mgr. or Reg. Agent
Post Office Box 7247-6971
Philadelphia, PA 19170-6971

_____
Adam G. Russo, Esq.
Myers, Eichelberger & Russo, P.L.
Florida Bar No. 84633
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
adam@themelawfirm.com