UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

In re:

Case No.: 6:11-bk-01419-ABB

HOLLY A. MORA
NICOLAS MORA,

_____ Debtors./

## MOTION TO MODIFY CONFIRMED PLAN

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 400 W. Washington St, Suite 5100, Orlando, FL 32801 and serve a copy of on the undersigned at the address set forth below.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file and objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and you may grant the relief requested.

The Debtors requests entry of an order permitting the Debtors to amend Debtors' Chapter 13 Payment Plan and in support thereof would state as follows:

1.     Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code on February 2, 2011 and converted to a Chapter 13 on March 28, 2011.

2.     Debtors made payments of $1,956.20 from April, 2011 through December, 2012 and have been making payments of $2,111.22 under the Chapter 13 plan since January, 2013. Debtors would like to modify their Chapter 13 Payment Plan to increase payments to $2,333.44 a month for the months of October 2014 through April 2015 and a payment in the amount of $2,509.07 for the months of May 2015 through April 2016.

3.     Debtors would like the Modified Chapter 13 Plan to pay $200.00 to eCast Settlement Corp., Assignee of Capital One, N.A. (SUZUKI)  for payment on the Debtor, Nick Mora's, motorcycle for the months of October, 2014 through April 2015.  The Debtors will increase the payment to $358.06 for the months of May 2015 through April 2016.

WHEREFORE, Debtors request the entry of an order permitting Debtors to increase payments to the Chapter 13 Trustee and include the claim of eCast Settlement  Corp., Assignee of Capital One, N.A., (SUZUKI) and such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion has been furnished by electronic case filing ("CM/ECF") this _____ day of September, 2014 to all parties on the CM/ECF noticing system and by U.S. Mail, postage prepaid, to all other parties listed on the attached mailing matrix.

_____

Adam G. Russo, Esq.
Myers, Eichelberger & Russo, P.L.
Florida Bar No. 84633
5728 Major Blvd., Suite 735
Orlando, FL 32819
P: (407) 926-2455
F: (407) 536-4977
adam@themelawfirm.com

Label Matrix for local noticing
113A-6
Case 6:11-bk-01419-ABB
Middle District of Florida
Orlando
Mon Sep 29 09:56:01 EDT 2014

(p)FAIRWINDS CREDIT UNION
3075 N ALAFAYA TRAIL
ORLANDO FL 32826-3259

Holly A. Mora
3100 South Orleans Way S.
Apopka, FL 32703-5921

Cliff Shuler
Cliff Shuler, Auctioneers & Liquidators
422 Julia Street
Titusville, FL 32796-3523

American Signature
PO Box 659704
San Antonio, TX 78265-9704

Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

IC Systems
PO Box 64381
Saint Paul, MN 55164-0381

Macy's
PO Box 689195
Des Moines, IA 50368-9195

Nelnet
3015 South Parker Road Suite 400
Aurora CO 80014-2904

Gene T Chambers
PO Box 533987
Orlando, FL 32853-3987

Florida Department of Education
Office of Student Financial Assistance
PO Box 7019
Tallahassee, FL 32314-7019

Nicolas Mora
3100 South Orleans Way S.
Apopka, FL 32703-5921

Wells Fargo Bank, N.A.
Shapiro, Fishman & Gach, LLP
c/o Kevin L. Hing
4630 Woodland Corporate Blvd
Suite 100
Tampa, FL 33614-2429

BACK BOWL I LLC
C O Weinstein And Riley, PS
2001 Western Avenue, Ste 400
Seattle, Wa 98121-3132

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

HSBC Retail Services
PO Box 17609
Baltimore, MD 21297-1609

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Macy's Visa
PO Box 689194
Des Moines, IA 50368-9194

Nelnet
PO Box 2877
Omaha, NE 68103-2877

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

PRA  Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

American InfoSource LP as agent for WFNNB
as assignee of
American Signature Furniture
PO Box 248872
Oklahoma City, OK  73124-8872

Capital One Bank
PO Box 70183
Charlotte, NC 28272-1083

ECMC
Lockbox #8682
PO Box 16478
St. Paul, MN 55116-0478

HSBC Suzuki
PO Box 15521
Carol Stream, IL 60116-7680

Lowes/GEMB
PO Box 530914
Atlanta, GA 30353-0914

Mortgage SLS
8742 Lucent Blvd.
Littleton, CO 80129-2302

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Seminole County Tax Collector
Attn:  Ray Valdes
Post Office Box 630
Sanford FL 32772-0630

Specialized Loan Servicing, LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

Stage & Associates
7635 Ashley Park Ct.
Orlando, FL 32835-6100

eCAST Settlement Corp,
Assignee of Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

Seminole County Tax Collector (DS) +
Post Office Box 630
Sanford, FL 32772-0630

Deborah Conley +
McCalla Raymer LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Kevin L Hing +
Shapiro, Fishman & Gache, LLP
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614-2429

Elizabeth McCausland +
Liz McCausland, PA
545 Delaney Avenue
Suite 7
Orlando, FL 32801-3866

Adam G Russo +
Myers & Eichelberger, P.L.
5728 Major Blvd
Suite 735
Orlando, FL 32819-7977

John Rafferty +
Buckley Madole
9441 LBJ Freeway, Ste 250
Dallas, TX 75243-4640

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fairwinds Credit Union
3075 N Alafaya Trail Ste 120
Orlando, FL 32826

(d)Fairwinds Credit Union
3087 N. Alafaya Trail
Orlando, FL 32826

Portfolio Recovery Associates, LLC.
P.O. Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, N.A., as trustee of the

(d)ECMC
PO Box 16408
St. Paul, MN 55116-0408

(d)Florida Department of Education
Office of Student Financial Assistance
PO Box 7019
Tallahassee, FL 32314-7019

(d)HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

End of Label Matrix
Mailable recipients    40
Bypassed recipients     4
Total                  44